IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN K. MCDONOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00643 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Knowles |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Brian K. McDonough's Motion for Judgment on the Administrative Record ("Motion"). (Doc. No. 16.) Defendant Commissioner of Social Security filed a Response in Opposition. (Doc. No. 19.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 20 at 31.) The Report was filed on August 23, 2013, and provided for a period of fourteen days during which either party could file an objection. (*Id.* at 32.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___10th___ day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT